# The Themelis Firm, LLC

November 3, 2013

Honorable Judge William M. Nickerson
Chambers 3C
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  Butler v. PP & G, Inc.
Case No. WMN-13-430

Dear Judge Nickerson:

   When the settlement agreement was set to be determined on the above case, on November 18, 2011, before the Honorable Master Beth P. Gesner, there was no other case filed involving an employee of PP & G, Inc..  The problem that occurred shortly after we were notified of a hearing date of November 18, 2011, the Plaintiff's attorney filed notice of a new complaint involving Whyte verses PP & G, Inc. and Lisa Ireland, Defendants in a Collective Action Complaint that I have until on or before November 20, 2013 to file an Answer because of my serious medical problems. This new case was filed on September 25, 2013 which made a settlement in the first case virtually impossible.
   The second case was clearly filed after we agreed to discussing a possible settlement which has now become totally unreasonable and not capable in light of both cases that now exist to yield a settlement. I believe that the attorney for Butler realizes in light of the new second case a settlement is not possible. In light of the second case being filed before the settlement conference could be disposed of, it makes any settlement impossible, especially in light of the excessive numbers they have in the past discussed.
   If in fact it is still your belief that we should have the settlement conference, I can assure you that the Plaintiff has no belief in settle ling any of the cases in a reasonable manner.
   Thank you for the attention to this matter.  I remain,

                                                                                Most Respectfully,


                                                                                John C. Themelis
                                                                                4610 Eastern Avenue
                                                                                Baltimore, Maryland 21224
                                                                                Tel  410-467-3400
                                                                                Fax  443-438-3000
                                                                                Counsel for Defendant

cc: Honorable Master Beth P. Gesner